UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ELIZABETH WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>NOW OPTICS HOLDINGS, LLC; NOW OPTICS, LLC; and DOES 1–10,<br><br>    Defendants. | Case No. 2:22-cv-00398-SCD |

## NOTICE OF SETTLEMENT

Plaintiff Elizabeth Wood, through undersigned counsel, hereby advises this Honorable Court that she has reached an agreement in principle as to the injunctive relief and compensatory damages with Defendants Now Optics Holdings, LLC, and Now Optics, LLC through the acceptance of Defendant's Offer of Judgment, pursuant to Fed. R. Civ. P. 68, served on September 9, 2022. The parties are negotiating the remaining items, specifically attorneys' fees and costs, and expect to file a dismissal within sixty days. If the parties need additional time to finalize the agreement, they will so notify the Court, and request the Court retain jurisdiction until that time.

Dated: October 3, 2022

                                          */s/ Ben J. Slatky*
Ben J. Slatky (SBN 1106892)
**ADEMI LLP**
3620 E. Layton Ave. #103
Cudahy, WI 53110
(414) 482-8000
bslatky@ademilaw.com

Benjamin J. Sweet
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
1145 Bower Hill Road, Suite 104

Pittsburgh, PA 15243
(412) 857-5350
ben@nshmlaw.com

Jonathan D. Miller
Alison M. Bernal
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
(805) 963-2345
jonathan@nshmlaw.com
alison@nshmlaw.com

**CERTIFICATE OF SERVICE**

I, Ben J. Slatky, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 3rd day of October, 2022.

>
> */s/ Ben J. Slatky*
> Ben J. Slatky